**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 26-CV-80319-SMM**

FILED BY ___ D.C.
NOV 05 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**ROY JOE DIXON JR.,**
**Plaintiff,**

v.

**PALM BEACH HARLEY- DAVIDSON,**
**HARLEY-DAVIDSON FINANCIAL SERVICE, INC.,**
**EAGLEMARK SAVING BANK,**
**US BANK NATIONAL ASSOCIATION**
Defendants.
_______________________________________/

**AMENDED MOTION FOR FINAL DEFAULT JUDGMENT AND FOR INVENTORY OF DAMAGES**

COME NOW, Plaintiff, Roy Joe Dixon Jr., proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure Rule 55(b)(2) for entry of Final Default Judgment against Defendant Palm Beach Harley Owners Group Inc., and in support states as follows:

**I. PROCEDURAL HISTORY**

1. On March 23, 2026, Plaintiff filed the original complaint pleadings asserting claims under the Truth in Lending Act, 15 U.S.C. § 1601 et seq., which included: Florida Deceptive and unfair Trade Practices Act ( FDUTPA), Fraudulent Misrepresentation, Unconscionability, and related claims arising from the sale and financing of a 2025 motorcycle.

2. On October 5, 2026, Plaintiff filed the Verified Second Amended Complaint [DE 87] correctly identifying the remaining Defendant, Palm Beach Harley Owners Group, Inc., pursuant to the Court's September 23, 2026 Order. Defendant, Palm Beach Harley Owners Group, Inc., failed to appear, answer, or otherwise defend against the Verified Second Amended Complaint.

3. On October 30, 2026, the Clerk of Court entered a Clerk's Default against Defendant Palm Beach Harley Owners Group, Inc., pursuant to Fed. R. Civ. P. 55(a) [DE 98]. Defendant remains in default and Plaintiff now seeks entry of final Default Judgment under Rule 55(b).

4. Upon entry of default, the well-pleaded allegations of the complaint are deemed admitted. See Nishimatsu Constr. Co. v. Houston Nat'l Bank, 515 F.2d 1200, 1206 (5th Cir. 1975); Bucharan v. Bowman, 820 F.2d. 359, 361 (11th Cir. 1987).

5. The Verified Second Amended Complaint sufficiently alleges well-pleaded allegations and Defendant has admitted by its default:

- Failure to provide requested TILA disclosures prior to consummation 15 US.C. § 1632; Regulation Z.
- Fraudulent Misrepresentations and concealment of the true APR 14%, total of payments $53,973.12, payment schedule, the use of a high-interest credit card for the down payment.
- Deceptive and unfair trade practices under FDUTPA;

Procedural and substantive unconscionability;

- Fraud in the inducement rendering the contract voidable.

6. Liability on all counts against Palm Beach Harley Owners Group, Inc., is established. Plaintiff elects the remedy of rescission of the retail installment /contract financial agreement for the 2025 Harley-Davidson motorcycle.

7. Because of the fraud in the inducement, TILA violations, and unconscionable terms, Plaintiff is entitled to rescission, cancellation of all financing obligations, return of the motorcycle to Defendant, and restoration of Plaintiff's position before he signed the unlawful contract, with additional monetary relief.

**II. ITEMIZED STATEMENT OF DAMAGES**

Plaintiff's damages are calculated directly from the transaction terms an break down as follows:

**ACTUAL DAMAGES:**

Total Fraudulent Price Charged: $53,973.12

Fraudulently Purchase Represented Price: $24, 367.66

Subtotal Actual Damages: $29,605.46

**Statutory Court Costs (28 U.S.C. § 1920): Out-of Pocket Losses**

**Federal Court Filing Fee:** $405.00

Private Process Server Fee: $148.90

Down payment: $4000.00

Seven months payments: $565.22= $3,956.54

Natural General Insurance: $370.95

Subtotal Taxable Costs: $8,509.54

**Federal TILA Statutory Penalty:**

Plaintiff requests the statutory penalty for vehicle credit violations under 15 U.S.C. § 1640(a)(2)(A): $1,000.00

**Punitive Damages (Florida Statutes § 768.72):**

Because liability for intentional fraud is established by default, Plaintiff requests punitive damages to punish Defendant Palm Beach Harley-Davidson for deliberately hiding a $29, 605.46 overcharge. Plaintiff proposes a standard 3x multiplier of actual damages $29, 605.46 x 3 = $88,816.38

**TOTAL CASH JUDGMENT REQUESTED:**

**$98,695.92**

**WHEREFORE,** Plaintiff Roy Joe Dixon Jr., respectfully request that this Court enter final Default Judgment against Defendant Palm Beach Harley Owners Group, Inc., Order rescission of the contract and cancellation of all related financing obligations; Award Plaintiff the monetary damages set forth above consisting of actual damages, costs, statutory penalties, and punitive damages; enter a declaratory judgment that the contract is void and unenforceable; Order that the judgment shall bear interest at the legal rate prescribed by 28 U.S.C. § 1961 from the of entry until paid in fill, and grant such other further relief as the Court deems just and proper.

Respectfully submitted

Roy Joe Dixon Jr. Plaintiff, Pro Se
6394 Emerald Dunes Drive Apt. 201
West Palm Beach, Florida 33411

**AFFIDAVIT OF ROY JOE DIXON JR.**

**STATE OF FLORIDA )**

**COUNTY OF PALM BEACH )**

1. Affiant, is over the age of eighteen and competent to make this affidavit.

Affiant, have personal knowledge of the facts stated in the "AMENDED MOTION FOR FINAL DEFAULT JUDGMENT AND FOR INVENTORY OF DAMAGES"

VERIFICATION UNDER PENALTY OF PERJURY

Affiant, Roy Joe Dixon Jr., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this 5 day of November, 2026.

Respectfully submitted,

/s/ Roy Joe Dixon Jr.

ROY JOE DIXON JR., Pro Se

6394 Emerald Dunes Drive, Unit 201

West Palm Beach, Florida 33411

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2026, I served a true and correct copy of the foregoing Plaintiff's upon Defendant Palm Beach Harley Owners Group, Inc. General Counsel at email address Mark@themotorcyclecompany.com

Respectfully submitted,

ROY JOE DIXON, JR.
Plaintiff, Pro Se
6394 Emerald Dunes Dr. 201
West Palm Beach, Florida 33411